_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 25, 2015

ENRIQUE R. ACUÑA, ESQ.
Nevada Bar No.: 10495
THE LAW OFFICES OF ENRIQUE R. ACUÑA, LTD.
2785 East Desert Inn Rd., Ste. 134
Las Vegas, Nevada 89121
(702) 425-4444
Fax (702) 989-0439
enrique@acunaesq.com
*Attorney for the Debtor
and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re:                          | Case No.:   15-11086-ABL  |
|---------------------------------|---------------------------|
|                                 | Chapter 11                |
| JOSE ASCENCION ZAPATA,          |                           |
|                                 | Date: June 10, 2015       |
| Debtor.                         | Time: 1:30 PM             |
|                                 |                           |
|                                 | **ORDER GRANTING MOTION TO VALUE COLLATERAL, "CRAMDOWN" AND MODIFY THE RIGHTS OF CREDITOR BAYVIEW LOAN SERVICES, LLC, PURSUANT TO 11 U.S.C. § 506(a) AND OBJECTION TO CREDITOR'S PROOF OF CLAIM** |

Upon the motion (the "Motion") of JOSE ASCENCION ZAPATA, the Debtor in the above-captioned proceeding (the "Debtor"), for his investment property located at: 3952 Delling Court, Las Vegas NV 89104 ("Subject Property"), requesting entry of an

order to Value Collateral, "Cram Down," and Modify the Rights of BAYVIEW LOAN SERVICES, LLC, (Acct. No. x3053), pursuant to 11 U.S.C. § 506(a), and objection to Creditor's Proof of Claim, finding that the lien of BAYVIEW LOAN SERVICES, LLC, is under-secured; and due notice of the Motion and the hearing on the Motion having been given to all parties entitled thereto; and a hearing having been held before this Court on June 10, 2015, at 1:30 PM (the "Hearing"), to consider approval of the Motion, at which time all parties in interest were afforded an opportunity to be heard; and the Court finding that Subject Property has a value of $140,000; because there are no objections to the Motion having been filed; it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that BAYVIEW LOAN SERVICES, LLC's mortgage claim (Acct. No. x3053) on Subject Property is only partially secured and thus is bifurcated into secured and unsecured claims of $140,000 and $128,201.00 respectively; and it is further

**ORDERED** that the unsecured portion of BAYVIEW LOAN SERVICES, LLC's mortgage claim be reclassified as a general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Chapter 11 plan; and it is further

**ORDERED** that any Proof of Claim filed by BAYVIEW LOAN SERVICES, LLC, is hereby conformed to the terms of this Order as being only partially secured; and it is further

**ORDERED** that BAYVIEW LOAN SERVICES, LLC, shall retain its lien on Subject Property, as described herein, until such time as the Debtor has completed his Chapter 11 Plan and received a discharge of his obligations; and it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that nothing herein shall limit the Debtor's right to re-appraise the Subject Property in connection with confirmation of the Debtor's Chapter 11 plan of reorganization; and it is further

**ORDERED** that this Court retains jurisdiction to hear all matters relating to or arising from the entry of this Order.

### ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_  The court has waived the requirement set forth in LR 9021 (b)(1)

  X    No party appeared at the hearing of filed an objection to the motion.

\_\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:
THE LAW OFFICES OF
ENRIQUE R. ACUÑA, LTD.                    U.S. Trustee, Department of Justice


By */s/ Enrique R. Acuña, Esq.*            By_____
Enrique R. Acuña, Esq.                     U.S. Trustee
*Attorney for the Debtor
and Debtor-in-Possession*

///

///

///

///